UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PAUL CAMPO and ROBERT SENSI,

Defendant.

**ORDER**

25 Cr. 663 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A conference will take place in this matter on **Thursday, December 11, 2025 at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        December 8, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge