UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PAUL CAMPO and ROBERT SENSI,

Defendant.

**ORDER**

25 Cr. 663 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for December 11, 2025, at 10:00 a.m. is adjourned to **December 11, 2025, at 2:00 p.m.**

Dated: New York, New York
       December 8, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge