UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PAUL CAMPO and ROBERT SENSI,

Defendants.

**ORDER**

25 Cr. 663 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

In Indictment 25 Cr. 663 (PGG), Robert Sensi and Paul Campo are charged with narco-terrorism conspiracy, conspiracy to distribute five kilograms and more of cocaine, conspiracy to provide material support and resources to a foreign terrorist and drug trafficking organization – the Jalisco New Generation Cartel, a/k/a Cartel de Jalisco Nueva Generacion ("CJNG") – and conspiracy to commit money laundering.  The Indictment (Dkt. No. 1) describes a series of interactions Sensi and Campo had with a confidential source ("CS") working at the direction of law enforcement, who was posing as a member of CJNG.  In meetings and communications with the CS, Sensi and Campo allegedly agreed to, inter alia, launder $12 million in narcotics proceeds for CJNG, and actually laundered $500,000 in purported narcotics proceeds by converting cash provided by the CS into cryptocurrency, which the Defendants then provided to the CS.  (Id. ¶¶ 9-15)  According to the Indictment, the Defendants also agreed to facilitate the CS's purchase of 220 kilograms of cocaine by converting $250,000 into cryptocurrency to be transmitted to the purported owner of the cocaine as a down payment for the purchase.  (Id. ¶¶ 16-17)

Sensi was arrested on December 4, 2025, and was presented before Magistrate Judge Lehrburger on December 5, 2025.  (Dkt. No. 9)  Judge Lehrburger detained Sensi on

grounds of risk of flight and danger to the community.  (Id.; December 5, 2025 Tr. (Dkt. No. 18) 29:13-34:14)

In a December 27, 2025 letter, Sensi's counsel contends that he should be released on bail, because he is 75 years old and suffers from "several severe, chronic medical conditions."  (Dec. 27, 2025 Kramer Ltr. (Dkt. No. 21) at 2)  According to counsel, Sensi's serious medical conditions cannot be adequately addressed at the Metropolitan Detention Center. (See id. at 2, 6-7)  Indeed, counsel represents that Sensi was brought to Carewell Hospital in East Orange, New Jersey on Christmas Eve.  (Id. at 2)

Given the serious charges against Sensi – and the Indictment's allegations that Sensi was an active participant in face-to-face meetings with the CS as recently as October 2025 – counsel's representations regarding Sensi's alleged "severe, chronic medical conditions" must be corroborated with medical records.  (See id. at 2)  Counsel will submit the relevant medical records by **January 5, 2026.**  The Government will make a submission by **January 5, 2026** addressing Sensi's request for pretrial release.  The Government's submission will include medical records that have been generated since Sensi's December 4, 2025 arrest.  After the Court receives the relevant medical documentation, a bail review hearing will be scheduled.

Dated: New York, New York
      December 29, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge