UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - v. - | **ORDER** |
| PAUL CAMPO and ROBERT SENSI, | 25 Cr. 663 (PGG-2) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

        A bail review hearing for Defendant Robert Sensi will take place during the previously scheduled conference on **February 6, 2026, at 12:30 p.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       February 2, 2026

SO ORDERED.

*(signature)*
_____
Paul G. Gardephe
United States District Judge