AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

UNITED STATES OF AMERICA
*Plaintiff*
v.
Paul Campo
*Defendant*

Case No. 25-cr-663-PGG

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul Campo .

Date: 08/05/2026

Anthony L. Ricco /s/
*Attorney's signature*

Anthony L. Ricco #1765098
*Printed name and bar number*

20 Vesey Street
Suite 400
New York, New York 10007
*Address*

tonyricco@aol.com
*E-mail address*

(212) 791-3919
*Telephone number*

(212) 791-3940
*FAX number*