COVINGTON

BEIJING BOSTON BRUSSELS DUBAI FRANKFURT
JOHANNESBURG LONDON LOS ANGELES NEW YORK
PALO ALTO SAN FRANCISCO SEOUL SHANGHAI WASHINGTON

**Amanda Kramer**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1223
akramer@cov.com

**Via ECF**

August 27, 2026

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Paul Campo and Robert Sensi*, 25-CR-663 (PGG)**

Dear Judge Gardephe,

Robert Sensi, through counsel, respectfully submits this letter with the consent of the Government and counsel for Paul Campo to request an adjournment of the conference currently scheduled for September 1, 2026. Due to an immovable scheduling conflict, undersigned counsel is regrettably unavailable on that date.

Due to a scheduled trial, the parties are only available in Fridays in October. We respectfully request that the conference be rescheduled to any Friday in October that is convenient for the Court.

In light of the foregoing, counsel further requests, with the consent of the Government and counsel for Mr. Campo, that the time between September 1, 2026, and the date of the rescheduled conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The requested exclusion will afford defense counsel the reasonable time necessary for effective preparation, including continued review of the voluminous discovery produced in this matter.

Respectfully submitted,

*/s/ Amanda Kramer*
Amanda Kramer
Nicholas Baer

*Counsel for Robert Sensi*

CC: All counsel of record via ECF