UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PAUL CAMPO and
ROBERT SENSI,

Defendants.

**ECF CASE**

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

25 Cr. 663 (PGG)

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney for the
Southern District of New York

by: [signature]

Kevin Grossinger
Assistant United States Attorney
(212) 637-2426
kevin.grossinger@usdoj.gov

TO: Counsel of Record (via ECF)