UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PAUL CAMPO and ROBERT SENSI,

Defendants.

**ORDER**

25 Cr. 663 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for September 1, 2026, at 2:00 p.m., is adjourned to **October 2, 2026, at 11:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of Defendant Sensi, by and through his counsel Amanda Kramer, and with the consent of Defendant Campo, by through his counsel Anthony Ricco, as well as with the consent of the Government, by and through Assistant United States Attorney Varun Gumaste (Dkt. No. 65), the time between September 1, 2026, through October 2, 2026, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendants in a speedy trial, because it will permit defense counsel to review discovery from the Government, and because it will permit the parties to continue discussions regarding a potential pre-trial disposition of this case.

The Clerk of Court is directed to terminate the letter motion requesting an adjournment. (Dkt. No. 65)

Dated: New York, New York
August 27, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge