UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PAUL CAMPO and ROBERT SENSI,

Defendants.

**ORDER**

25 Cr. 663 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at yesterday's conference, all pre-trial motions are due by **December 3, 2026**.

The court will conduct a conference on **December 3, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 16, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge